UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE: DOUBLE GREEN PRODUCE, INC.,

                 Appellant,                 24 **CIVIL** 5093 (KMK)

    -against-                       **JUDGMENT**

CARRIE SHU-CHUEN KONG,

                 Appellee.
------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 18, 2025, Appellant's appeal is denied and the Bankruptcy Court Order is affirmed; accordingly, the case is closed.

**Dated:** New York, New York
September 19, 2025

                                       **TAMMI M. HELLWIG**

                                         **Clerk of Court**

               **BY:**

                                         **Deputy Clerk**